IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-41 |
| | ) | |
| JENELLE RUIZ-MARTINEZ and | ) | CR05-41-1-2 |
| ANA RAMOS, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until further order of the Court.

COLM F. CONNOLLY
United States Attorney

By: /s/ Adam
Adam Safwat
Assistant United States Attorney

Dated: April 26, 2005

AND NOW, to wit, this 26 day of April, 2005, upon the foregoing Motion, IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed until further order of the Court.

Honorable Mary Pat Thynge
United States Magistrate Judge