IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : |  REDACTED |
| Plaintiff, : | |
| v. : | Criminal Action No. 05 – 41 |
| JENELLE RUIZ-MARTINEZ and : ANA RAMOS, : | CR05-41-1-2 |
| Defendants. : | |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

During the period from on or about April 12, 2005, through and including April 16, 2005, in the District of Delaware and elsewhere, the defendants herein, JENELLE RUIZ-MARTINEZ and ANA RAMOS, did knowingly conspire, with each other and with other persons currently unknown to the grand jury, to distribute mixtures and substances containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____          Dated: April 27, 2005
Adam Safwat
Assistant United States Attorney